UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRA SMITH,
                           Plaintiff,

                  -against-

CITY OF NEW YORK,

                          Defendant.
------------------------------------------------------------X

20 Civ. 11136 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this Court's Order, dated February 16, 2021, required the parties to file a proposed joint letter and case management plan by May 20, 2021. Dkt. No. 9.

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan by **Mat 25, 2021, at noon**.

      The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

Dated: May 21, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**