UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :
MYRA SMITH,                           :
                  Plaintiff,    :
                                   :      20 Civ. 11136 (LGS)
         -against-           :
                                   :      <u>ORDER</u>
CITY OF NEW YORK,            :
                                   :
                 Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial and pre-motion conference is scheduled for May 27, 2021, at 10:40 a.m. Dkt. No. 9. It is hereby

**ORDERED** that the conference is **ADJOURNED to May 27, 2021, at 11:00 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access: 5583333. It is further

**ORDERED** that Defendant shall notify *pro se* Plaintiff of the conference time change.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

Dated: May 26, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE