UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRA S. SMITH,
                      Plaintiff,

         -against-

CITY OF NEW YORK,
                      Defendant.
------------------------------------------------------------X

20 Civ. 11136 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated May 13, 2022, directed Defendant to file a response to Plaintiff's motion for an injunction and restraining order by May 17, 2022.  (Dkt. No. 30.)

        WHEREAS, no such response was filed.  It is hereby

        **ORDERED** that by **May 25, 2022**, Defendant shall file a response, not to exceed three pages, to Plaintiff's motion for an injunction and restraining order.

Dated: May 18, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE