**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MYRA S. SMITH,

                 Plaintiff,

    -against-                                     20 **CIVIL** 11136 (LGS)

                                                          **JUDGMENT**

CITY OF NEW YORK,

                 Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2022, the motion to dismiss the federal claims is GRANTED, and the court declines to exercise supplemental jurisdiction over the remaining claims. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the Opinion and Order would not be taken in good faith, and, therefore, in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       July 18, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                              **BY:**    K. Mango

                                                        **Deputy Clerk**