UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MYRA S. SMITH, :
                         Plaintiff, :
                                                                  :       20 Civ. 11136 (LGS)
            -against- :
                                                                 :           ORDER
CITY OF NEW YORK, :
                        Defendant. :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Opinion and Order issued July 15, 2022, dismissed Plaintiff's federal claims as untimely and declined to exercise supplemental jurisdiction over her remaining claims. The Opinion and Order further denied Plaintiff in forma pauperis status on appeal, finding that any appeal would not be taken in good faith. On July 18, 2022, the Clerk of Court entered judgment in favor of Defendant and closed the case.

      WHEREAS, on November 7, 2022, Plaintiff filed a proposed Order to Show Cause, seeking leave to file a motion for reconsideration of the July 18, 2022, judgment. Plaintiff also filed a proposed Stay and Restraining Order, seeking an injunction preventing Defendant from terminating her employment or changing her working conditions, pending resolution of this action.

      WHEREAS, a motion for reconsideration should only be granted to correct a clear error or where the moving party presents new facts or law that might cause the Court to alter its original decision. *See Cho v. Blackberry Ltd.*, 991 F.3d 155, 170 (2d Cir. 2021). Plaintiff is proceeding *pro se*, so her papers must be construed liberally "to raise the strongest arguments that they suggest." *Green v. Dep't of Educ. of City of N.Y.*, 16 F.4th 1070, 1074 (2d Cir. 2021). Applying this forgiving standard, Plaintiff's submission in support of her motion provides no basis to reconsider the July 15, 2022, Opinion and Order. She identifies no new facts or law and does not identify any clear error in the Opinion and Order. As a result, this action has been fully resolved and the case is closed, making the request for an injunction pending resolution of this case moot. It is hereby

**ORDERED** that Plaintiff's motion for reconsideration is DENIED.  It is further

**ORDERED** that Plaintiff's motion for an injunction against Defendant is DENIED.

Dated: November 9, 2022
       New York, New York

                              _____
                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**